[No. 22747-5-I.   Division One.   September 11, 1989.]

COLUMBIA FUND, INC., *Respondent,* v. LOIS A. FOWLER, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 87-2-06082-7, Paul D. Hansen, J., entered July 22, 1988. *Affirmed* by unpublished opinion per Revelle, J. Pro Tem., concurred in by Swanson and Forrest, JJ.

[No. 23603-2-I.   Division One.   September 11, 1989.]

THE STATE OF WASHINGTON, *Petitioner,* v. JAMES B. CLARK, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 86-1-03263-7, R. Joseph Wesley, J., entered November 28, 1988. *Affirmed as modified* and *remanded* by unpublished per curiam opinion.

[No. 23604-1-I.   Division One.   September 11, 1989.]

THE STATE OF WASHINGTON, *Petitioner,* v. LAWRENCE A. BARK, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 86-1-04887-8, R. Joseph Wesley, J., entered November 28, 1988. *Affirmed as modified* and *remanded* by unpublished per curiam opinion.